UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
LIMITED STORES, LLC and
LIMCO, INC.,

               Plaintiffs,

     v.

QUIKSILVER, INC.,

               Defendant.
-----------------------------------------------------------

**JUDGE MARRERO**

**07 CV 2835**

Civil Action No.:



## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel of record for plaintiffs certifies that the following corporate parent of plaintiffs is publicly held:

    LIMITED BRANDS, INC.

Dated:    New York, New York
            April 9, 2007

                        COLUCCI & UMANS

                        By: _/s/ Frank J. Colucci_
                        Frank J. Colucci (FC-8441)
                        Richard P. Jacobson (RJ-2843)
                        218 East 50th Street
                        New York, New York 10022
                        Telephone: (212) 935-5700
                        Facsimile: (212) 935-5728
                        Email: email@colucci-umans.com

                        Attorneys for Plaintiffs