```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LIMITED STORES, LLC, et al.,        :
                                    :    07 Civ. 2835 (VM)
                  Plaintiffs,       :
                                    :
       - against -                  :    ORDER
                                    :
QUIKSILVER, INC.,                   :
                                    :
                  Defendant.        :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that although the complaint was filed on April 9, 2007, to date no service of process has been made on any defendant and no answer has been recorded. Accordingly, it is hereby

**ORDERED** that plaintiffs are directed to advise the Court by July 25, 2007 of its contemplation with regard to further prosecution of this action, or to complete service of process on defendant by such date, or show cause why such service has not been made to date and cannot be completed by the date indicated. In the event no timely response to this Order is submitted the Court may dismiss the complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:   New York, New York
         17 July 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-07
```

_____
VICTOR MARRERO
      U.S.D.J.