UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
LIMITED STORES, LLC and
LIMCO, INC.,

          Plaintiffs,

    v.

QUIKSILVER, INC.,

          Defendant.
-------------------------------------------------------------

Civil Action No.: 07cv2835 (VM)

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, LIMITED STORES, LLC and LIMCO, INC., by their attorneys, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this civil action with prejudice. No responsive pleading has been served or filed by defendant.

Dated: New York, New York
       August 20, 2007

COLUCCI & UMANS

By: /s/ Frank J. Colucci
Frank J. Colucci (FC-8441)
218 East 50th Street
New York, New York 10022
Phone: (212) 935-5700
Fax: (212) 935-5728

*Attorneys for Plaintiffs,*
*Limited Stores, LLC and Limco, Inc.*